## Markle *v.* Robertson.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—On the 7th day of *January*, 1857, *Patrick Treehan* and wife executed a mortgage to *William W. Woodward* upon a tract of land. The mortgage was duly acknowledged and recorded. *William B. Allen* claims that the same land was conveyed to him on the 5th of *January*, two days prior to *Woodward's* mortgage. The Court below held that the land was not so conveyed; and whether that holding was erroneous is the only question. Nothing is disclosed as to the transaction in which, or the consideration upon which, *Allen* got the land. *Allen* testified that the deed was sent to him on the 5th of *January*, from *Indianapolis*; see *Branham* v. *Bradford*, 17 Ind. 47; but that it was not acknowledged, and he immediately returned it to the maker at *Racine, Wisconsin*, where it was witnessed and acknowledged

on the 21st of the same month, and then sent back to him at *Anderson.* Now, did *Allen* accept the deed as delivered on the 5th or not? The Court inferred that he did not. This Court inclines to the opinion that the inference is that he did, and, hence, sent it to be perfected and returned. On another trial more evidence may be given.

Reversed with costs, and remanded for another trial.

*W. R. Pierce* and *H. D. Thompson,* for the appellant.

*R. T. St. John,* for the appellee.